

# NUMBER 13-20-00395-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CASTINE MCILHARGEY AND JODY MCINTYRE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF A+ PRO RECOVERY, LLC

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Relators Castine McIlhargey and Jody McIntyre, individually and derivatively on behalf of A+ Pro Recovery, LLC filed a petition for writ of mandamus and an opposed emergency motion to stay trial court proceedings in the above referenced cause on September 16, 2020. The relators contend that the trial court has abused its discretion by failing to rule on their motion to compel arbitration and by proceeding to litigate the underlying dispute.

The Court, having examined and fully considered the opposed emergency motion, is of the opinion that it should be granted. Accordingly, we GRANT the opposed emergency motion and ORDER all trial court proceedings to be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10.

The Court requests that the real parties in interest, Jason Rios, South Padre Towing and Recovery, LLC, Eduardo Pena, Joanna Pena, and Erik M. Hager, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of September, 2020.